UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL ROSS | : |
| VS. | : NO. 3:02CV02012(AVC) |
| JOHN ARMSTRONG | : OCTOBER 27, 2004 |

### PLAINTIFF'S MOTION TO RESET SCHEDULING ORDER

The plaintiff, Michael Ross, through counsel respectfully requests that this court reset the pretrial order deadlines for the trial brief in this case. In support hereof, the undersigned represents as follows:

1. I am trial counsel for Michael Ross.

2. This court has issued an order requiring that the trial brief in the matter be filed by November 17, 2004.

3. Michael Ross is currently sentenced to be executed by the State of Connecticut on January 26, 2005.

4. Upon information and belief, Mr. Ross does not intend to fight his execution but, rather, will consent to it without any further legal challenge.

5. Upon information and belief, the Department of Correction has modified the policy challenged in this lawsuit.

6. I have had discussions with my adversary, Steven Strom, and he is

in the process of preparing documentation for my review that would demonstrate that this lawsuit is now moot.

    7. I have written to Mr. Ross to determine whether he wishes to proceed with this litigation now that he has waived any fight for his life.

    8. I have yet to hear back from Mr. Ross.

For all the reasons set forth above, the undersigned respectfully requests that the trial brief in this matter be filed no sooner than February 1, 2005, for the reason that intervening events may make the case moot, or the case may be moot as the Department of Corrections has already changed it's policy regarding inmate receipt of books.

                               THE PLAINTIFF

                BY_____
                        Norman A. Pattis
                        Williams and Pattis, LLC
                        51 Elm Street, Suite 409
                        New Haven, CT 06510
                        (203) 562-9931
                        FAX: (203) 776-9494
                        Federal Bar No. ct13120
                        His Attorney

## CERTIFICATION

On the above date, a copy hereof was sent via first class mail, to:

Steven Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                                              _____
                                                                                  NORMAN A. PATTIS