UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL ROSS                          :
   Plaintiff,                      :        FILED
                           :
v.                                    :        Civil No. 3:02cv2012 (AVC)
                           :
JOHN ARMSTRONG                        :
   Defendant.                      :

## AMENDED SCHEDULING ORDER

(1)   The parties shall file a joint trial memorandum in
accordance with the pretrial order by February 1, 2005.

(2)   The case shall be ready for trial by March 1, 2005.

It is so ordered this _2nd_ day of November, 2004, at
Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge