FILED

2004 OCT 29 A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL ROSS | : |
| VS. | : NO. 3:02CV02012(AVC) |
| JOHN ARMSTRONG | : OCTOBER 27, 2004 |

### PLAINTIFF'S MOTION TO RESET SCHEDULING ORDER

The plaintiff, Michael Ross, through counsel respectfully requests that this court reset the pretrial order deadlines for the trial brief in this case. In support hereof, the undersigned represents as follows:

1. I am trial counsel for Michael Ross.

2. This court has issued an order requiring that the trial brief in the matter be filed by November 17, 2004.

3. Michael Ross is currently sentenced to be executed by the State of Connecticut on January 26, 2005.

4. Upon information and belief, Mr. Ross does not intend to fight his execution but, rather, will consent to it without any further legal challenge.

5. Upon information and belief, the Department of Correction has modified the policy challenged in this lawsuit.

6. I have had discussions with my adversary, Steven Strom, and he is

[Margin annotations:]

3:02CV2012(AVC) November __, 2004. The motion is GRANTED as set forth in the amended scheduling order issued this day. SO ORDERED.

FILED Alfred V. Covello, U.S.D.J.

FILED 2004 NOV -2 P 2: 29 U.S. DISTRICT COURT HARTFORD, CT.

13