UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL ROSS | : |
| VS. | : NO. 3:02CV02012 (AVC) |
| JOHN ARMSTRONG | : November 29, 2004 |

## MOTION TO WITHDRAW

The plaintiff, Michael Ross, respectfully requests that he be granted permission to withdraw his action with prejudice and without fees and costs to either part. In support hereof, the undersigned represents as follows:

1.  I am trial counsel for Michael Ross.

2.  Mr. Ross' trial counsel in his criminal case, T.R. Paulding, Jr., has relayed to me that his client consents to the withdrawal of his lawsuit.

3.  I am satisfied that Mr. Paulding has met and conferred with Mr. Ross about this issue and I am making this motion to withdraw on behalf of Mr. Ross.

THE PLAINTIFF, MICHAEL ROSS

BY _____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct13120
His Attorney

## CERTIFICATION

On the above date, a copy hereof was sent via first class mail, to:

Attorney Steven Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
NORMAN A. PATTIS