UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 13 P 2: 14
U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL ROSS
  Plaintiff,

v.                        Civil No. 3:02CV02012(AVC)

JOHN ARMSTRONG
  Defendant.

### ORDER ON MOTION TO WITHDRAW

The plaintiff's motion to withdraw the "action with prejudice and without fees and costs to either part" is GRANTED.

It is so ordered this 13TH day of December, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge